UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-60224-CIV-MORENO**

STEPHEN A. KARAKIS,

    Plaintiff,

vs.

MELANDO, INC., a Florida corporation d/b/a
CONCA D'ORO RESTAURANT, and ORMESA,
INC., a Florida corporation,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

    THIS CAUSE came before the Court upon Notice of Voluntary Dismissal with Prejudice **(D.E. No. 3)**, filed on **March 21, 2008**.  It is

    **ADJUDGED** that in light of the parties settling this action this case is **DISMISSED** with prejudice in accordance with the settlement agreement.  Further, it is

    **ORDERED** that this case shall be **CLOSED**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record